NORMAN PAUL, Respondent, v. HERMAN PAUL, Appellant. (Appeal No. 1.) — In an action for dissolution of an alleged partnership and for an accounting, interlocutory judgment in favor of plaintiff adjudging that the partnership between the parties had been entered into on or about the 10th day of November, 1937, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.

NORMAN PAUL, Respondent, v. HERMAN PAUL, Appellant. (Appeal No. 2.) — In an action for an accounting of an alleged partnership, order denying motion of defendant to set aside an interlocutory judgment upon the ground of newly discovered evidence and that such judgment is predicated upon perjurious testimony of the plaintiff and his witnesses, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.

LOUIS PONZI, Appellant, v. CITY OF NEW YORK, Respondent, et al., Defendants.— Order directing the examination of plaintiff by a neurologist reversed on the law and the facts, without costs, and the matter remitted to Special Term. Section 306 of the Civil Practice Act does not contemplate the adoption by the court of the nominee of any party. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH INDOVINO, Appellant. (Appeal No. 1.) — Appeal from a judgment of the County Court, Kings County, convicting defendant of the crime of murder in the first degree and sentencing him to life imprisonment. Judgment reversed on the law and the facts and a new trial ordered. (See *People* v. *Rudish*, 294 N. Y. 500.) Orders denying defendant leave to inspect the minutes of the grand jury, and to include them as part of the record on appeal, affirmed. Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH INDOVINO, Appellant. (Appeal No. 2.) — Defendant appeals from two orders of the County Court, Kings County, denying his motions for a new trial on the ground of newly discovered evidence. In view of the determination on the appeal from the judgment of conviction (*People* v. *Indovino*, decided herewith *ante*, p. 949), the appeals are dismissed. Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MOSCA, Appellant.— Judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of a violation of section 973 of the Penal Law (keeping gaming and betting establishment), unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. SCHEPPA, Appellant.— Judgment of the County Court, Kings County, convicting defendant of the crime of extortion, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.